SEALED

PROB 12C
(NEP 4/2013)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Petition for Warrant or Summons for Offender Under Supervision

**Offender:**  **Ian Beals**  **Docket No. 8:18CR00168**

**Type of Supervision:**  **Supervised Release**  **Date of This Report:  May 26, 2026**

**Sentencing Judge:**  **The Honorable John M. Gerrard**
**Senior U.S. District Judge**

**Offense of Conviction:** **Possession with Intent to Distribute 5 Grams or More of Methamphetamine (actual) 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B)**
**Date Sentenced:  December 10, 2018**
**Original Sentence:  63 Months Bureau of Prisons; 60 Months Supervised Release**

**Prior Revocation:**  **Date of Revocation:  November 16, 2023**
**Sentence:  18 Months Bureau of Prisons; 12 Months Supervised Release**

**Supervision Term:**  **April 23, 2026 through April 22, 2027**

**Prepared By:**  **Assistant U.S. Attorney:**  **Defense Attorney:**
**David R. Anderson**  **Kimberly C. Bunjer**  **Michael J. Hansen**

---

## PETITIONING THE COURT

**The undersigned probation officer recommends that a <u>Warrant</u> be issued for service upon Ian Beals and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations.  A Warrant is requested as Ian Beals's whereabouts are unknown and he poses a flight risk.  Ian Beals also poses a risk of danger to the community.**

**To expedite the issuance of a warrant, the Violation Provisions and Recommendation document is not included, but will be provided to the Court by June 2, 2026.**

**Ian Beals**                                                                                                          **May 26, 2026**
**Petition for Warrant or Summons**                                                                       **Page 2 of 3**

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Ian Beals is in violation of **the Mandatory Condition** which states, "You must not unlawfully possess a controlled substance." |
| | On April 27, 2026, Ian Beals admitted to using methamphetamines and marijuana. He subsequently tested positive for both drugs. |
| 2 | Ian Beals is in violation of **the Mandatory Condition** which states, "You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court." |
| | Ian Beals has failed to report for drug testing, as directed by the probation officer, on May 9th and May 13, 2026. |
| 3 | Ian Beals is in violation of **Standard Condition #2** which states, "After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed." |
| | Ian Beals failed to report for scheduled office appointments, as directed by the probation officer, on May 18 and May 22, 2026. |
| 4 | Ian Beals is in violation of **Standard Condition #5** which states, "You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change." |
| | On May 18, 2026, Ian Beals was directed to report to the Open Door Mission (shelter) and provide verification of his residence to the U.S. Probation Office. As of this report, it is unknown where Mr. Beals is residing and his phone has since been turned off. |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,                                                  Reviewed by:

David R. Anderson                                                        Alicia Friedman, Supervisory
U.S. Probation and Pretrial Services Officer                 U. S. Probation and Pretrial Services Officer

## THE COURT ORDERS THAT:

_____        No action shall be taken.

___X___        A Warrant shall be issued for service upon Ian Beals and a hearing held by the Court to determine whether Ian Beals has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____        The U. S. Probation Officer shall summons Ian Beals to appear for a hearing in court to determine whether Ian Beals has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____        The following action to be taken (specify other action):

_____                  May 26, 2026
The Honorable John M. Gerrard                                        _____
Senior U.S. District Judge                                                   Date

### * * * NOTICE TO OFFENDER * * *

**Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:**
**(A)**    **written notice of the alleged violation(s);**
**(B)**    **disclosure of the evidence against you;**
**(C)**    **an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;**
**(D)**    **notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.**