IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 8:18CR168 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO RESTRICT** |
| | ) | |
| IAN BEALS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant intends to file a *"Motion to Review Detention"* which contains

personal information about him and is protected from public viewing in accordance

with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to

file the above-referenced document restricted pursuant to the E-Government Act.

DATED this 21st day of July 2026.

IAN BEALS, Defendant,

By /s/ Mike J Hansen
Mike J Hansen
Attorney for Defendant
1620 Dodge St., Ste 600
Omaha, NE 68102
Telephone: (402) 221-7896
Fax: (402) 221-7884
E-Mail: Mike_Hansen@fd.org